# EXHIBIT 2

| Student *=Special Ed | race | Dates Suspended | # of days | InSchool/Out School | Why Suspended if Known | Notes |
|---|---|---|---|---|---|---|
| Student 1 | white | 9/14/21 | 1 | In School | possesion of vaporizer | Was in RTC/ISS this day and does not appear in attendance: has left the district |
| Student 2 | black | 9/20-9/24/2021 | 5 | Out | fighting | |
| Student 3* | black | 9/13-9/14/2021 | 2 | In School | horseplay in hallway | |
| Student 3* | black | 9/20-9/23/2021 | 4 | Out | | |
| Student 3* | black | 11/4-11/5/2021 | 2 | Out | possesion of marijuana | |
| Student 3* | black | 11/30-12/13/2021 | 10 | Out | possesion of marijuana | |
| Student 4* | black | 9/13-9/14/2021 | 2 | In School | horseplay in hallway | |
| Student 5* | black | 10/1-10/6/2021 | 4 | Out | | |
| Student 5* | black | 11/19/21 | 1 | In School | | |
| Student 6 | white | 12/9-12/10/2021 | 2 | Out | | |
| Student 7 | black | 9/28-10/1/2021 | 4 | Out | | Has left the district |
| Student 8 | white | 9/27-10/1/2021 | 5 | Out | fighting | |
| Student 9 | black | 9/14-9/17/2021 | 4 | Out | hitting a girl on the head | |
| Student 10 | black | 10/1/21 | 1 | Out | possesion of vaporizer | |
| Student 11 | 2 or more races | 9/27-9/28/2021 | 2 | In School | video taping fight | |
| Student 11 | 2 or more races | 10/21-10/22/2021 | 1.5 | In School | hitting a girl on the head | emailed prinicpal about why different punishments and did not get answer |

| | | | | | | |
|---|---|---|---|---|---|---|
| Student 11 | 2 or more races | 11/29-11/30/2021 | 2 | Out | | |
| Student 12 | 2 or more races | 9/23-9/24/2021 | 2 | In School | | |
| Student 12 | 2 or more races | 11/29/21 | 1 | Out | | has left the district |
| Student 13 | black | 12/2-12/3/2021 | 2 | Out | | |
| Student 14* | black | 9/28-9/29/2021 | 2 | Out | fighting due to bullying | |
| Student 15 | 2 or more races | 10/4-10/5/2021 | 2 | In School | video taping fight | |
| Student 16* | black | 9/14-9/15/2021 | 2 | Out | destroying soap dispensor | |
| Student 17 | black | 11/12-11/17/2021 | 4 | Out | | |
| Student 18 | 2 or more races | 9/14-9/15/2021 | 2 | Out | destroying soap dispensor | |
| Student 19 | black | 11/4/21 | 1 | Out | | |
| Student 19 | black | 11/12-11/16/2021 | 3 | Out | | |
| | | | 73.5 | | | |