**EXHIBIT 4**



HUMAN RESOURCES

July 13, 2022

Nicole McGaugh

Dear Ms. McGaugh:

In January 2022, you indicated that you are a person with a disability who requires accommodations to perform your employment duties as a teacher with Holt Public Schools. At that time, we asked that your medical provider complete paperwork so that we could work with you on what your limitations are and how they may be accommodated by Holt Public Schools.

completed a form for FMLA leave that indicated that your disabling condition would be resolved by January 3, 2022. Since that time, no one has provided the District with the required information for it to assess what reasonable accommodations you may require to perform your responsibilities as a teacher. You and provided the District with a two-page list and a Michigan State Policy safety report that you both indicate are the "accommodations" you require to perform your job. Pursuant to the Americans with Disabilities Act (ADA), nothing on the list or in the safety report are "reasonable accommodations" and all of the identified requests are outside of the scope of your employment. In fact, what you demand as "reasonable accommodations" is in fact the legal responsibility of the District's Board of Education and administration. The District will not engage further with you as to this list.

At this time, we are still in the first step of the Americans with Disabilities (ADA) interactive process. If prior submission wherein she stated that your disabling condition would be resolved by January 3, 2022, is true and you no longer require accommodations, please advise me promptly. If you continue to have a health condition that you believe requires reasonable accommodations for you to perform your job as a teacher, you must complete this paperwork and have your medical provider complete the health care provider questionnaire.

prior submission on your behalf indicates that she does not understand the ADA process or what is required from her. Please have a different health care provider complete the questionnaire. If you do not have access to another health care provider to complete the form, please let me know and the District will arrange for you to see a District-paid health professional to assess your disability so that we can proceed with the ADA interactive process and assess what reasonable accommodations you may require.

So that you understand the process we are engaging in, please see:
https://www.eeoc.gov/laws/guidance/your-employment-rights-individual-disability

Unless and until we receive the appropriate documentation from you, we will proceed on the understanding that you no longer have a disabling condition and you intend to return to you position as a teacher in the District for the 2022-23 school year without any accommodations.

Sincerely,

*J. Cotter*

Jessica Cotter
Executive Director of Curriculum and Staff Development