UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MCGAUGH,

       Plaintiff,                          Case No. 1:24−cv−00368−RJJ−PJG

v.                                       Hon. Robert J. Jonker

HOLT PUBLIC SCHOOLS, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above−captioned case was filed in this court on April 9, 2024 .   The case has been assigned to Robert J. Jonker .

                                        CLERK OF COURT

Dated:  April 10, 2024        By:     /s/ M. Carlson_____
                                             Deputy Clerk