# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Nicole McGaugh

v.

Holt Public Schools et al

Case No. 1:24-cv-368
Hon. Robert J. Jonker

TO: Holt Public Schools
ADDRESS: 5780 West Holt Road
Holt, MI 48842

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
500 E Michigan Ave., Ste. 130
Lansing, MI 48912

CLERK OF COURT

By: Deputy Clerk       April 10, 2024
                       Date

## PROOF OF SERVICE

This summons for __Holt Public Schools__ was received by me on _____.
(name of individual and title, if any)                           (date)

☐ I personally served the summons on the individual at _____
                                                       (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                    Server's signature

Additional information regarding attempted service, etc.:
                                    Server's printed name and title

                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Nicole McGaugh

v.

Holt Public Schools et al

Case No. 1:24-cv-368
Hon. Robert J. Jonker

TO: Holt Public Schools Board of Education
ADDRESS: 5780 West Holt Road
Holt, MI 48842

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
500 E Michigan Ave., Ste. 130
Lansing, MI 48912

CLERK OF COURT



By: Deputy Clerk

April 10, 2024
Date

## PROOF OF SERVICE

This summons for _____Holt Public Schools Board of Education_____ was received by me on _____.
            (name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                 (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                          (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

      My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                          _____
                                                                            *Server's signature*

Additional information regarding attempted service, etc.:       _____
                                                                            *Server's printed name and title*

                                                                            _____
                                                                            *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Nicole McGaugh

v.

Holt Public Schools et al

Case No. 1:24-cv-368
Hon. Robert J. Jonker

TO: Jessica Cotter
ADDRESS: Holt Public Schools
5780 West Holt Road
Holt, MI 48842

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
500 E Michigan Ave., Ste. 130
Lansing, MI 48912

CLERK OF COURT

By: Deputy Clerk          April 10, 2024
                          Date

## PROOF OF SERVICE

This summons for __Jessica Cotter__ was received by me on _____.
(name of individual and title, if any)                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                          _____
                                                          Server's signature

Additional information regarding attempted service, etc.:
                                                          _____
                                                          Server's printed name and title

                                                          _____
                                                          Server's address