UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MCGAUGH,

    Plaintiff,                             Case No. 1:24-cv-00368-RJJ-PJG

v.                                 Hon. Robert J. Jonker

HOLT PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | July 11, 2024   11:00 AM *(previously set for 6/25/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                          ROBERT J. JONKER
                                          United States District Judge

Dated:  May 9, 2024        By:   /s/ Susan Driscoll Bourque
                                         Case Manager