UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MCGAUGH,

    Plaintiff,

v.

                                    File No: 1:24-cv-368

                                    HON. ROBERT J. JONKER

HOLT PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by the parties on July 8, 2024, that the Plaintiff intends to voluntarily dismiss her case.

Accordingly, Plaintiff's closing document shall be filed no later than **July 23, 2024**. If the closing document is not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

The Rule 16 Scheduling Conference set for July 11, 2024 is adjourned.


Dated:  July 10, 2024                     /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE