UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MCGAUGH,

       Plaintiff,

v

HOLT PUBLIC SCHOOLS and
JESSICA COTTER,

       Defendants.

Judge Robert Jonker
Magistrate Judge Phillip J. Green
No. 1:24-cv-368

_____/

| ELIZABETH K. ABDNOUR (P78203) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| ABDNOUR WEIKER, LLP | TRAVIS M. COMSTOCK (P72025) |
| *Attorney for Plaintiff* | GIARMARCO, MULLINS & HORTON, P.C. |
| 500 E. Michigan Ave., Suite 130 | *Attorneys for Defendants* |
| Lansing, MI 48912 | 101 W. Big Beaver Road, 10th Floor |
| (517) 994-1776 | Troy, MI 48084-5280 |
| liz@education-rights.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | tcomstock@gmhlaw.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

DATED:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/ELIZABETH K. ABDNOUR (P78203)    /s/TIMOTHY J. MULLINS (P28021)
Attorney for Plaintiff    Attorneys for Defendants